SARAH BRODY and Others v. VINCENZO PECORARO and Another.  MAX KIMIATEK v. VINCENZO PECORARO and Another.  MAX WARKOW v. VINCENZO PECORARO and Another.  ARTHUR BERGER v. VINCENZO PECORARO and Another. — Motion granted.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MAX ARNOWITZ for Admission to the Bar.— Motion denied.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BENJAMIN SCHALLER, Alias SIDNEY SCHWARTZ, Alias HARRY SCHWARTZ.— Motion granted, and the time of the appellant in which to serve and file the record on appeal and the appellant's points extended to and including April 3, 1928.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID J. CONROY v. JOHN H. DELANEY and Others, Constituting the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, and Others.— Motion granted on condition that plaintiff furnish an undertaking in the sum of $25,000.  Settle order on notice.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSA ROSENFELD v. HYMAN AARON and Another.— Motion for leave to appeal denied, with ten dollars costs.  Motion for a stay granted upon defendant Hyman Aaron filing the undertaking required by sections 591 and 593 of the Civil Practice Act.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE EID and Another v. LEHIGH VALLEY RAILROAD COMPANY.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JIMMY JAMES and Another.— Motion granted.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HYMAN SCHULMAN v. MILDRED GOLDSTEIN.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of SYDNEY A. SYME, an Attorney.— Reference ordered to Hon. Vernon M. Davis, official referee.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ONOFRIO RELLA, an Attorney.— Reference ordered to Hon. Charles L. Guy, official referee.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE F. KLEMANN, Respondent, v. EFFA L. COLLINS, Individually, Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and the objections to the interrogatories overruled and the witness directed to answer the said interrogatories.  No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.